UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RYAN CROSBY,**
*On behalf of himself and all others similarly situated,*

        Plaintiffs,

v.

**STINGRAY PRESSURE PUMPING, LLC,**

        Defendant.

Case No. 2:17-cv-80
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsea M. Vascura

## ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion") (ECF No. 50) pursuant to § 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b). The Joint Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Confidential Settlement Agreement and Mutual Release of Claims ("Release") attached to the Joint Motion as Exhibit A. Having reviewed the Joint Motion, the Release, the Declaration of Jason R. Bristol appended to the Joint Motion, and the pleadings and papers on file in this Action, and for good cause established therein, the Court enters this Stipulated Order and Final Judgment approving the Settlement, and the Release as follows:

    1.    The captioned Lawsuit asserts wage-and-hour claims under the FLSA, 29 U.S.C. §§ 201-219, on behalf of Plaintiff Ryan Crosby and all others similarly situated.

    2.    The Court finds that the proposed Settlement is fair and reasonable and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b).

    3.    The Court approves the Settlement and Release Agreement, and orders that the Settlement be implemented according to the terms and conditions of that Agreement.

4. The Court dismisses the claims of Plaintiff and the opt-in Plaintiffs with prejudice, and hereby enters final judgment. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order and Final Judgment immediately.

5. The Court retains jurisdiction over the Action to enforce the terms of the Settlement.

**IT IS SO ORDERED.**

9-28-2018
DATE

EDMUND A. SARGUS, JR.
**CHIEF UNITED STATES DISTRICT JUDGE**

2