AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**RYAN CROSBY**
*On behalf of himself and all others similarly situated*,

        **Plaintiffs,**

**v.**

**JUDGMENT IN A CIVIL CASE**
**CASE NO. 2:17-cv-80**
**CHIEF JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE CHELSEA M. VASCURA**

**STINGRAY PRESSURE PUMPING, LLC,**

        **Defendant.**

\_\_\_\_  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed September 28, 2018 the Court entered a stipulated Order and Final Judgement approving the Settlement.**

Date:  September 28, 2018          RICHARD W. NAGEL, CLERK

         */S/ Christin Werner*
         (By) Christin Werner
         Courtroom Deputy Clerk